United States District Court
Southern District of Texas
**ENTERED**
March 26, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | MJ ACTION NO. 2:24-MJ-00117-001 |
| § | |
| ISAI ALPIDES-NAVARRETE § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). Detention of the defendant pending trial in this case is necessary because there is a serious risk that the defendant will not appear.

The defendant is charged with trafficking firearms destined for Mexico and with the straw purchase of firearms. The evidence against the defendant meets the probable cause standard and the weight of the evidence is strong. While the defendant has no criminal convictions he is a citizen of Mexico who was unlawfully present in the United States at the time of the commission of the offense. The defendant has no status to remain in the United States lawfully. The defendant has significant ties to Mexico and few ties to the United States. The defendant would have little incentive to return to court if released on bond and has many reasons to flee. The defendant is a serious risk of flight. The defendant is ordered **DETAINED** pending trial.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent

practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    ORDERED on March 26, 2024.

                                                Jason B. Libby
                                      United States Magistrate Judge